**Order entered March 13, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00149-CV

**LARRY M. GENTILELLO, M.D., Appellant**

**V.**

**UNIVERSITY OF TEXAS SOUTHWESTERN HEALTH SYSTEMS, ET AL,, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-6167**

## ORDER

The Court has before it the District Clerk's March 4, 2013 request for an extension of time in which to file the clerk's record. The Court **GRANTS** the request and **ORDERS** the District Clerk to file the clerk's record by April 10, 2013.

/s/    ELIZABETH LANG-MIERS
         JUSTICE